United States District Court
Southern District of Texas
**ENTERED**
March 07, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HONOR WORLDWIDE LOGISTICS, LLC § | | |
| *Petitioner* § | | |
| § | | |
| v. § | No. 4:16-cv-2938 | |
| § | | |
| ART HEAVY HAUL, INC. § | | |
| *Respondent* § | | |
| § | | |

## FINAL DEFAULT JUDGMENT

On MAR 0 3 2017 this Court issued an Order granting petitioner Honor Worldwide Logistics, LLC's Motions for Entry of Default and Default Judgment against respondent Art Heavy Haul, Inc.; Confirming an Award of Arbitrator dated August 19, 2016 (the "Award"), attached to the Order as Exhibit D, in favor of Honor Worldwide Logistics, LLC and against Art Heavy Haul, Inc.; and awarding Honor Worldwide Logistics, LLC certain attorney's fees and expenses as against Art Heavy Haul, Inc. In the Order, the Court directed that a Final Default Judgement be entered in conformity with the Award, *inter alia*. Therefore,

**IT IS ORDERED, ADJUDGED, AND DECREED** that that Honor Worldwide Logistics, LLC have judgment against Art Heavy Haul, Inc. for:

1. Damages in the sum of $157,510.00, plus interest thereon at the rate of 6% per annum, calculated from January 30, 2015, until this sum has been paid in full, as set forth in the Award;

2. Damages in the sums of $136,087.50 for fees and $16,405.52 for expenses, representing the award of reasonable attorney's fees and expenses awarded by the Arbitrator, as set forth in the Award;

3. Damages in the sum of $8,026.33 representing the portion of the administrative fees and expenses of the American Arbitration Association previously incurred by Honor, as set forth in the Award;

4. Reasonable attorney's fees and expenses in the sum of $33,132.78 incurred in filing this lawsuit to confirm the Award and in a prospective enforcement action;

5. The Court orders execution to issue for this judgment;

6. This judgment finally disposes of all parties and all claims; and

7. This is a **FINAL JUDGMENT**.

SIGNED on     **MAR 0 3 2017**    , 2017.

_____
UNITED STATES DISTRICT JUDGE

59878:30338027          2